UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CAREY C. STEVENS,

                  Debtor.
_____/

Case No. 17-42712
Chapter 7
Judge Thomas J. Tucker

### ORDER DENYING THE CHAPTER 7 TRUSTEE'S MOTION
### TO COMPEL COMPLIANCE WITH SUBPOENA

      This case is before the Court on the Chapter 7 Trustee's motion entitled "Motion to Compel Compliance with Subpoena," filed on April 25, 2018 (Docket # 43, the "Motion"), seeking an order compelling Verizon Communications, Inc. to respond to a subpoena served on it by the attorneys for the Chapter 7 Trustee on April 10, 2018, and for related relief. On July 20, 2018, the Chapter 7 Trustee filed a Certificate of No Response, indicating that no one timely objected to the motion.

      In order for the subpoena at issue to be valid and enforceable, the Trustee was required to obtain an order under Fed. R. Bankr. P. 2004 authorizing him to subpoena Verizon Communications, Inc for documents, or to conduct other discovery. And under L.B.R. 7026-3 (E.D. Mich.), "[d]iscovery in a contested matter is permitted only upon a court order for cause shown." Because the Trustee failed to obtain an order of the Court authorizing him to subpoena Verizon Communications, Inc., the Trustee's Motion will be denied.[1]

      IT IS ORDERED that the Motion (Docket # 43), is denied.

**Signed on July 23, 2018**



                  /s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**

---

[1] The Court is aware that two similar motions by the Trustee in this case were granted recently (Docket ## 54, 59). These orders appear to have been entered in error, due to clerical errors.