UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                            Case No. 17-42712

CAREY C. STEVENS,                      Chapter 7

                 Debtor.                             Judge Thomas J. Tucker
_____/

**ORDER OVERRULING TRUSTEE'S OBJECTION TO DEBTOR'S
AMENDED CLAIM OF EXEMPTIONS, IN PART WITHOUT PREJUDICE**

This case is before the Court on the Chapter 7 Trustee's objection to the Debtor's amended claim of exemptions, filed October 26, 2018 (Docket # 98, the "Objection to Exemptions"). The Trustee objects to the Debtor's amended claim of exemption, in the amount of $9,702.00, in the Debtor's interest in a 1995 Celebrity boat (the "Boat'") (Amended Schedule C, Docket # 72). The Trustee's ground of objection is that the Debtor failed to timely disclose his interest in the Boat, and concealed such interest, in bad faith.

The Court will overrule the Trustee's Objection to Exemptions, without prejudice to the extent stated in this Order, below. The Court is doing so because bad faith or concealment of an asset by a bankruptcy debtor is not a valid ground for disallowing, limiting, or surcharging the debtor's claimed exemption in such asset. *See Ellmann v. Baker* (*In re Baker*), 791 F.3d 677, 682 (6th Cir. 2015) (citing *Law v. Siegel*, 134 S. Ct. 1188 (2014)).

Accordingly,

IT IS ORDERED that the Objection to Exemptions (Docket # 98) is overruled.

IT IS FURTHER ORDERED that this Order is without prejudice to the Chapter 7 Trustee's right to timely file a new objection to the Debtor's amended claim of exemptions, including the Debtor's claim of exemption in the Boat, on any ground other than the grounds

rejected by this Order.[1]

IT IS FURTHER ORDERED that this Order also is without prejudice to the Chapter 7 Trustee's right to file a separate motion for sanctions against the Debtor, seeking relief (other than disallowance of a claimed exemption) for the Debtor's alleged bad faith failure to timely disclose his interest in the Boat/concealment of the Boat. *See generally In re Gorges*, __ B.R. __, 2018 WL 4945642 at *14-18 (Bankr. E.D. Mich., October 12, 2018); *In re Mehlhose*, 469 B.R. 694, 708-13 (Bankr. E.D. Mich. 2012).

**Signed on October 30, 2018**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**

---

[1] The Chapter 7 Trustee currently has an extended deadline of November 21, 2018 to object to the Debtor's amended claim of exemptions. *See* Order filed October 2, 2018 (Docket # 94).